IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Hines, Charlene Mary | Case Number:  05 B 22610 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  6/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 11, 2008
Confirmed: July 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,000.39 | |
| Secured: | | 4,684.92 |
| Unsecured: | | 3,148.64 |
| Priority: | | 0.00 |
| Administrative: | | 2,409.20 |
| Trustee Fee: | | 557.24 |
| Other Funds: | | 200.39 |
| Totals: | 11,000.39 | 11,000.39 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,409.20 | 2,409.20 |
| 2. | Ford Motor Credit Corporation | Secured | 4,141.74 | 4,141.74 |
| 3. | American General Finance | Secured | 543.18 | 543.18 |
| 4. | Century Liquidation | Unsecured | 81.48 | 187.03 |
| 5. | Ford Motor Credit Corporation | Unsecured | 358.33 | 822.62 |
| 6. | Nationwide Acceptance Corp | Unsecured | 170.43 | 391.25 |
| 7. | Asset Acceptance | Unsecured | 27.31 | 62.68 |
| 8. | Capital One | Unsecured | 189.68 | 435.44 |
| 9. | Capital One | Unsecured | 93.48 | 214.60 |
| 10. | America's Financial Choice Inc | Unsecured | 82.86 | 190.22 |
| 11. | Washington Federal Bank Of Savings | Unsecured | 368.03 | 844.80 |
| 12. | American General Finance | Unsecured | | No Claim Filed |
| 13. | MRS Associates, Inc | Unsecured | | No Claim Filed |
| 14. | New Frontier | Unsecured | | No Claim Filed |
| 15. | Professional Account Services | Unsecured | | No Claim Filed |
| 16. | National Quick Cash | Unsecured | | No Claim Filed |
| 17. | SBC | Unsecured | | No Claim Filed |
| 18. | Gerald E Moore & Asscoiates, PC | Unsecured | | No Claim Filed |
| | | | $ 8,465.72 | $ 10,242.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 28.16 |
| 5.5% | 142.16 |
| 5% | 48.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hines, Charlene Mary | Case Number: 05 B 22610 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 6/7/05 |

```
            4.8%              86.39
            5.4%             201.15
            6.5%              50.92
                          _____
                          $ 557.24
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

